

# THE ATTORNEY GENERAL
# OF TEXAS

Gerald C. Mann
XXXXXXXXXXXXXXXXRD
ATTORNEY GENERAL

AUSTIN 11, TEXAS

Honorable W. Lee O'Daniel
Governor of Texas
Austin, Texas

Dear Governor O'Daniel:

Opinion No. O-3111

Re: Duration of the term of
office of a member of
the Board of Examiners of
Land Surveyors under Arti-
cle 5268 of the R.C.S.

We beg to acknowledge receipt of your letter of January 31, 1941, propounding for a legal opinion the above-captioned question.

The statutes, Article 5268, et seq., governing the creation and functioning of the Board of Examiners of Land Surveyors, nowhere provided the term of office for the members of such Board.

The matter, therefore, is controlled by Section 30, Article XVI of the Constitution, which declares:

"The duration of all offices not fixed by
this Constitution shall never exceed two years; * * *"

So that, you are accordingly advised that such members hold for a term of two years, at which time the office becomes vacant so far as concerns the right and power to appoint a successor to such officer.

What we have said has no reference to the Commissioner of the Land Office, who is by the statute made a member of the Board. The Commissioner's services in this connection are ex officio his office of Commissioner of the General Land Office -- merely added duties -- and his holding as a member of the Board is nowise to be considered as the holding of an office or position of honor, trust or profit, within the constitutional provisions against dual office-holding.

Very truly yours,
ATTORNEY GENERAL OF TEXAS
s/ Ocie Speer

OS-MR-cg
Approved Feb. 12, 1941
s/Gerald C. Mann
Attorney General of Texas

By                Ocie Speer
                  Assistant